430 F.2d 1175
 Herbert PATE et al., Plaintiffs-Appellees,
v.
DADE COUNTY SCHOOL BOARD et al., Defendants-Appellees-Cross
Appellants, v. Alice LOVE, Carswell Washington et
al., Intervenors-Appellants, Cross Appellees.
 No. 29179.
 United States Court of Appeals, Fifth Circuit.
 April 28, 1970.
 
 1
 James W. Matthews, Miami, Fla., for Love et al.
 
 
 2
 Larry S. Stewart, Miami, Fla., for Pate.
 
 
 3
 Claude R. Kirk, Jr., Governor, Tallahassee, Fla., for State of Florida.
 
 
 4
 Fred C. Davant, Miami, Fla., for Immerfall and Russell.
 
 
 5
 Jerris Leonard, Atty., U.S. Dept. of Justice, Civil Rights Div., Washington, D.C., Gerald Mager, Legal Counsel to the Governor, tallahassee, Fla., for other appellants.
 
 
 6
 George C. Bolles, Miami, Fla., for Dade County School Board.
 
 
 7
 William C. Cramer, Washington, D.C., amicus curiae.
 
 ON SUGGESTION FOR HEARING EN BANC
 ORDER:
 
 8
 No Judge in regular active service on the Court having requested that the Court be polled on hearing en banc (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 12), the Petition for Hearing En Banc is denied.